IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01611-DME-MJW

MICHAEL PLATT,

Plaintiff,

v.

WAYMARK PRODUCTS, LLC, a division of Homeland Products and Homeland Vinyl Products,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Stipulated Motion for Entry of Protective Order (docket no. 16) is GRANTED finding good cause shown.  The Stipulated Protective Order (docket nol; 16-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: October 26, 2015