IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01611-DME-MJW

MICHAEL PLATT,

Plaintiff,

v.

WAYMARK PRODUCTS, LLC, a division of Homeland Products and Homeland Vinyl Products,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Docket No. 20) is GRANTED, finding no objection from Defendant and that leave is to be freely given under Fed. R. Civ. P. 15(a); and

- The proposed Amended Complaint and Jury Demand (Docket No. 20-2) is ACCEPTED FOR FILING.

Date: November 24, 2015