IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01611-DME-MJW

MICHAEL PLATT,

Plaintiff,

v.

WAYMARK PRODUCTS, LLC, a division of Homeland Products and Homeland Vinyl Products,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendants' Unopposed Motion to Amend Scheduling Order to Extend Expert Disclosure Deadlines (Docket No. 25) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 14) such that affirmative expert witness designations and disclosures are due May 30, 2016, and rebuttal expert witness designations and disclosures are due June 27, 2016.

Date: May 3, 2016